# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY BICKHAM, an individual,<br><br>     Plaintiff,<br><br>vs.<br><br>FEDEX FREIGHT, INC., a corporation; and DOES 1 through 20, inclusive,<br><br>     Defendant. | Case No.  5:23-cv-00570-SP<br><br>**ORDER APPROVING STIPULATION AND GRANTING DISMISSAL WITH PREJUDICE**<br><br>Complaint Filed:   March 1, 2023<br>Trial Date:   June 24, 2024 |

Pursuant to the stipulation of plaintiff Anthony Bickham and defendant FedEx Freight, Inc. (collectively, "the Parties"),

**IT IS HEREBY ORDERED THAT**:

The Stipulation of the Parties is approved. This action is hereby dismissed with prejudice.

**IT IS SO ORDERED.**

DATED: December 19, 2023    By: _____
Honorable Sheri Pym
United States Magistrate Judge